JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Email: joshua.sliker@jacksonlewis.com

*Attorneys for Defendant*
*LVN Restoration, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KATRINA McPHAIL,<br><br>Plaintiff,<br><br>vs.<br><br>LVN RESTORATION, LLC; and DOES 1 through X, ROE BUSINESS ENTITIES I-X,<br><br>Defendants. | Case No. 2:26-cv-63<br><br>**NOTICE TO FEDERAL COURT OF REMOVAL OF CIVIL ACTION FROM STATE COURT** |

Pursuant to 28 U.S.C. § 1332(a), Defendant LVN Restoration, LLC ("Defendant" or "LVN") hereby notifies the Court of the removal of *Katrina McPhail v. LVN Restoration, LLC*, Case No. A-25-928087-C, which was filed in the Eighth Judicial District Court in Clark County, Nevada. In support of said removal, Defendant states as follows:

1.     On September 13, 2025, an action was commenced in the Fourth Judicial District Court of Elko County, Nevada, entitled *Katrina McPhail v. LVN Restoration, LLC*.  A copy of the Complaint is attached hereto as **Exhibit 1**.

2.     On December 12, 2025, Defendant  was served with a copy of Complaint and Summons issued by the State Court. A copy of the Summons is attached hereto as **Exhibit 2**.

3.     No further proceedings have been had in this matter in the State Court.

4.     This Notice of Removal is timely under 28 U.S.C. § 1446(b) because it has been filed within thirty (30) days of December 12, 2025, the first date on which Defendant received any pleadings setting forth the claims for relief upon which the civil action is based.

5.     This action is a civil action of which this Court has original jurisdiction pursuant to 28 U.S.C. § 1332, diversity jurisdiction.

6.     Plaintiff is a citizen of the State of Nevada. **Exhibit 1**, ¶ 6.

7.     For the purpose of determining diversity of citizenship, a limited liability company "is a citizen of every state of which its owners/members are citizens." *Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006).

8.     The owners/members of LVN Restoration, LLC are Brian M. McDonough, Brandon Radmall, and Richard D. Wilson.

9.     Brian M. McDonough is a citizen of the State of Massachusetts.

10.     Brandon Radmall is a citizen of the State of Utah.

11.     Richard D. Wilson passed away on January 9, 2026. At the time of his death, he was a citizen of the State of Florida.

12.     As such, there is now and there was at the time of the commencement of this action, complete diversity between Plaintiff and Defendant.

13.     Plaintiff's Complaint alleges a single cause of action for retaliation in violation of NRS 613.340. Complaint, ¶¶ 19-24. Plaintiff is seeking damages for back pay; general compensatory damages for emotional distress, mental anguish, harm to professional reputation, and any other recognized general damages; punitive damages; prejudgment and post-judgment interest, an amount sufficient to compensate Plaintiff for any adverse tax consequences arising out of a recovery through in this case, and attorney fees and costs. *Id.* at ¶ 24.

14.     As of the date of filing of this Notice of Removal, Plaintiff's claim for back pay is approximately $168,750.27. During her employment with Defendant, Plaintiff earned the gross sum of $2,884.62 every two weeks, which is $1,442.31 per week. **Exhibit 3**. There are 117 weeks from the date of her termination, October 17, 2023, to the date of filing of the instant Notice of Removal (January 12, 2026). If this case continues another year, it is anticipated that Plaintiff will seek back pay for that period of time as well which equals $75,000.12. Thus, backpay from October 17, 2023 to January 12, 2027 is $243,750.39.

15.     Thus, under the provisions of 28 U.S.C § 1332(a), there is complete diversity

between the parties and more than $75,000 in controversy exclusive of interest and costs. Pursuant to 28 U.S.C § 1441, Defendant is therefore entitled to remove this action to this Court.

16.    A true and correct copy of this Notice of Removal is being filed this date with the Clerk of the Eighth Judicial District Court of the State of Nevada.

WHEREFORE, Defendant prays that the above-referenced action now pending in the Eighth Judicial District Court of the State of Nevada in and for the County of Clark be removed therefrom to this Court.

Dated this 12th day of January, 2026.

JACKSON LEWIS P.C.

*/s/ Joshua A. Sliker*
JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
JACKSON LEWIS P.C.
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101

*Attorneys for Defendant*
*LVN Restoration, LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of Jackson Lewis P.C., and that on this 12th day of January, 2026, I caused to be served via this Court's electronic filing system, a true and correct copy of the above foregoing **NOTICE TO FEDERAL COURT OF REMOVAL OF CIVIL ACTION FROM STATE COURT** properly addressed to the following:

James P. Kemp
KEMP & KEMP, ATTORNEYS AT LAW
7435 W. Azure Drive
Suite 110
Las Vegas, Nevada 89130
jp@kemp-attorneys.com

*Attorneys for Plaintiff*
*Katrina McPhail*

/s/ Joshua A. Sliker
Employee of Jackson Lewis P.C.

JACKSON LEWIS P.C.
LAS VEGAS

4