JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
KYLE. J. HOYT, ESQ.
Nevada Bar No. 14886
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Email: joshua.sliker@jacksonlewis.com

*Attorneys for Defendant*
*LVN Restoration, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KATRINA McPHAIL, an individual, | Case No. 2:26-cv-00063-CDS-NJK |
| Plaintiff, | **STIPULATION AND ORDER TO RESCHEDULE THE EARLY NEUTRAL EVALUATION SESSION** |
| v. | |
| LVN RESTORATION, LLC, a Nevada Limited Liability Company; DOES I-X, inclusive; and ROE BUSINESS ENTITIES I-X, inclusive, | **(FIRST REQUEST)** |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, to continue the Early Neutral Evaluation ("ENE") Session previously scheduled for April 6, 2026 at 10:00 a.m. to any of the following dates at 10:00 a.m.:

- Tuesday, July 14, 2026;

- Wednesday, July 15, 2026;

- Thursday, July 16, 2026;

- Tuesday, July 21, 2026;

- Wednesday, July 22, 2026; or

- Thursday, July 23, 2026.

The reasons for the necessity of the scheduling change were outlined in Defendant's prior Motion to Reschedule the Early Neutral Evaluation Session. ECF 14. The Court granted that

Motion. ECF 15. This stipulation follows the Court's Order to submit additional dates of availability. *Id.*

Thus, the Parties request the Court continue the current ENE date to one of the dates listed above as convenient for the Court.

This stipulation and order is sought in good faith and not for the purpose of delay.

Dated this 13th day of April, 2026.

KEMP & KEMP, ATTORNEYS AT LAW          JACKSON LEWIS P.C.


*/s/ James P. Kemp*                                          */s/ Kyle J. Hoyt*
JAMES P. KEMP, ESQ.                                KYLE J. HOYT, ESQ.
Nevada Bar No. 6375                                   Nevada Bar No. 14886
7435 West Azure Drive                               300 S. Fourth Street, Suite 900
Suite 110                                                       Las Vegas, Nevada 89101
Las Vegas, Nevada 89130

*Attorneys for Defendant*
*Attorney for Plaintiff*                                   *LVN Restoration, LLC*


## **ORDER**

**IT IS SO ORDERED**.  Unfortunately, the Court is unavailable on the proposed dates and will therefore reset the ENE on the next available date. Accordingly, **IT IS ORDERED** that the ENE is **RESET** for **Friday, July 31, 2026, at 10:00 a.m.**

**IT IS FURTHER ORDERED** that written settlement statements are due by 4:00 p.m. on Friday, July 24, 2026.

_____
U.S. Magistrate Judge

Dated:    4/27/2026
_____

4936-1223-9265, v. 1